**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
440 N. Barranca Ave., #1228
Covina, CA 91723
phone 310 928 1277

**Angeli Murthy**
FL Bar # 027777
(*admitted pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Rd., 4th Floor
Plantation, FL 33324
Tel: 954-318-0268
E-mail: Amurthy@forthepeople.com

Attorneys for Plaintiff

**Grace Y. Horoupian** (SBN 180337)
ghoroupian@fisherphillips.com
**Joshua D. Klein** (SBN 322099)
jdklein@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **AMANDA LEE, individually, on behalf of all others similarly situated, and as representative of the California Labor & Workforce Development Agency,**<br><br>Plaintiff,<br><br>vs.<br><br>**VERNON HEALTHCARE CENTER, LLC; and DOES #1 through #50, inclusive,**<br><br>Defendants. | **Case No. 2:22-cv-02437-JLS-JPR**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>**Stipulation of Dismissal Without Prejudice** |

## RECITALS

Plaintiff Amanda Lee filed this action on April 11, 2022.

Defendant Vernon Healthcare Center, LLC ("Vernon") contends that Lee signed an arbitration agreement with a class action waiver requiring arbitration of her individual claims in this matter, with the exception of her PAGA claim asserted as the sixth cause of action in

PARMET PC

her First Amended Complaint, and dismissal of the class action claims pursuant to the terms of the arbitration agreement. [ECF No. 14].

Lee desires to pursue her individual claims against Vernon in arbitration and to dismiss her class claims.

**STIPULATION**

1.     The Parties stipulate to the dismissal of Lee's complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of her first through fifth causes of action, without prejudice, in order for Lee to pursue her individual wage-and-hour claims against Vernon in arbitration.

2.     For the purposes of pursuing arbitration, the Parties agree that the statute of limitations for the first through fifth causes of action for her individual claims are tolled as of the date of Lee's Original Complaint, April 11, 2022 [ECF No. 1].

3.     The Parties acknowledge that, without Lee's first cause of action for violations of the FLSA, this Court lacks supplemental subject matter jurisdiction over the remaining sixth cause of action under PAGA.

4.     The Parties therefore agree that the sixth cause of action under PAGA should be dismissed for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1367(c)(3).

5.     Because of the dismissal of the PAGA claim pursuant to 28 U.S.C. § 1367(c)(3), the Parties stipulate that the statute of limitations provisions of 28 U.S.C. § 1367(d) apply as to the PAGA claim.


Date:  <u>March 28, 2024</u>

                                    Respectfully submitted,

                                    */s/ Matthew S. Parmet*
                                    By: _____
                                         **Matthew S. Parmet**
                                    **PARMET PC**

Angeli Murthy
MORGAN & MORGAN, P.A.

**Attorneys for Plaintiff**

*/s/ Grace Y. Horoupian*

By: _____
     **Grace Y. Horoupian**
     **Joshua D. Klein**
FISHER & PHILLIPS LLP

**Attorneys for Defendants**

ATTESTATION REGARDING SIGNATURES

The signatures of all listed signatories to this document and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet