JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LEE, individually, on behalf of all others similarly situated, and as representative of the California Labor & Workforce Development Agency,<br><br>Plaintiff,<br><br>v.<br><br>VERNON HEALTHCARE CENTER, LLC; and DOES #1 through #50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02437-JLS-JPR<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

The Court has reviewed the Parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 40), and the Stipulation is GRANTED. It is therefore ORDERED as follows:

Lee's first through fifth causes of action (*see* Doc. 14) are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with Lee's individual claims to be pursued in arbitration.

Pursuant to the parties' stipulation, the statute of limitations for the first through fifth causes of action are tolled as of April 11, 2022.

Pursuant to 28 U.S.C. § 1367(c)(3), the Court lacks subject matter jurisdiction over the sixth cause of action under PAGA. The PAGA cause of action is therefore dismissed

1  pursuant to 28 U.S.C. § 1367(c)(3), and the parties stipulation that the tolling provisions of
2  28 U.S.C. § 1367(d) shall apply to that cause of action.
3
4  April 12, 2024                                    _____
   Date                                               HON. JOSEPHINE L. STATON
5                                                    UNITED STATES DISTRICT JUDGE